# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | 8:06CR411 |
| vs. | ) | ORDER |
| **MARK ANTHONY HUDSON,** | ) | |
| **Defendant.** | ) | |

The defendant, Mark Anthony Hudson (Hudson) has been accepted for placement at the Residential Re-entry Center in Council Bluffs, Iowa, as of April 11, 2013. Accordingly, the U.S. Marshal shall release Hudson from detention and have him available for transport at the U.S. Marshal's holding cell by 8:00 a.m. on Monday, April 11, 2013.

**IT IS SO ORDERED.**

DATED this 9th day of April, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge